# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL DWAYNE CRAWFORD, | : |
| Plaintiff, | : Civ. No. 18-1124 (FLW) |
| v. | : |
| EDWARD M. FRIMEL, SA, et al., | : **ORDER TO SHOW CAUSE** |
| Defendants. | : |

This matter having come before the Court by way a preliminary screening under 28 U.S.C. § 1915(e), and for the reasons stated in the accompanying Memorandum Opinion, and for good cause shown,

IT IS, on this 14th day of August 2019,

ORDERED that Plaintiff shall, within thirty (30) days of the entry of this Order, SHOW CAUSE in writing as to why his Complaint should not be dismissed as untimely; **failure by Plaintiff to timely respond to this Order will result in the dismissal of this action**; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Memorandum Opinion on Plaintiff by regular U.S. mail.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
U.S. Chief District Judge