# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL DWAYNE CRAWFORD, | : | |
| Plaintiff, | : | Civ. No. 18-1124 (FLW) |
| v. | : | |
| EDWARD M. FRIMEL, SA, et al., | : | **MEMORANDUM OPINION** |
| Defendants. | : | |

**FREDA L. WOLFSON, U.S.D.J.**

On March 15, 2018, Plaintiff Carl Dwayne Crawford ("Crawford" or "Plaintiff"), a federal prisoner, filed *pro se* with the Court a Complaint alleging claims under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and potentially under 42 U.S.C. § 1983 and Pennsylvania tort law. (*See* Compl., ECF No. 11.) Crawford was granted leave to proceed *in forma pauperis*. (*See* ECF No. 10.) On August 14, 2019, the Court screened his Complaint pursuant to 28 U.S.C. § 1915(e), and ordered him to show cause within 45 days why his Complaint should not be dismissed as facially untimely. (*See* ECF Nos. 12-13.) The Order to Show Cause accompanying the Court's Memorandum Opinion expressly warned Plaintiff that his Complaint would be dismissed if he failed to respond. (*See* ECF No. 14.)

Plaintiff has not responded to the Court's Order to Show Cause, and the time to respond has expired.[1] At this time, the Complaint is dismissed without prejudice as facially untimely

---

[1] A copy of the Order to Show Cause was returned as undeliverable. (ECF No. 14.) The Court conducted a search of the Federal Inmate Database, and it appears that Plaintiff was released from federal prison on April 12, 2019. Plaintiff has not updated his address in compliance with L. Civ. R. 10.1 or communicated with the Court since his release from federal prison. *See* https://www.bop.gov/inmateloc/, last visited Oct. 2, 2019.

pursuant to § 1915(e) for the reasons stated in the Court's screening Memorandum Opinion and Order dated August 14, 2019.  (*See* ECF Nos. 12-13.)  An appropriate Order follows.


DATED:  October  3 , 2019                     *s/Freda L. Wolfson*
                                              FREDA L. WOLFSON
                                              U.S. Chief District Judge