# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL DWAYNE CRAWFORD, | : |
| Plaintiff, | : Civ. No. 18-1124 (FLW) |
| v. | : |
| EDWARD M. FRIMEL, SA, et al., | : **ORDER** |
| Defendants. | : |

This matter having come before the Court by way a preliminary screening under 28 U.S.C. § 1915(e), and the Court having directed Plaintiff to Show Cause as to why the Complaint should not dismissed as facially untimely (ECF Nos. 13-14); and the Court having warned Plaintiff that the failure to respond to the Order to Show Cause would result in dismissal of the action (ECF No. 14); and Plaintiff having failed to respond to the Order to Show Cause; the Court therefore will dismiss the Complaint without prejudice as facially untimely as explained in the Memorandum Opinion dated August 14, 2019,

IT IS, on this 3rd day of October 2019,

ORDERED that the Complaint is dismissed WITHOUT PREJUDICE as facially untimely pursuant to the Court's screening authority under 28 U.S.C. § 1915(e); and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Memorandum Opinion on Plaintiff by regular U.S. mail and CLOSE this case accordingly.

*s/Freda L. Wolfson*
FREDA L. WOLFSON
U.S. Chief District Judge

1